UNITED STATES FEDERAL
COURT MIDDLE DISTRICT
OF FLORIDA   CIVIL DIVISION


JAMES E GRIMES                    CASE#
        PLAINTIFF          8:26-CV-01499-WFJ-AEP
    -V-

PASCO COUNTY BOARD OF COMMISSIONERS
PASCO CORRECTIONS CHIEF JENKENS  ET. AL.
NAPHCARE MEDICAL SVC. PROVIDER
I C SOLUTIONS PHONE, TECHNOLOGY, TABLETS
JANE AND JOHN DOE
            DEFENDANTS


        MOTION TO AMEND WITH NEW
    SUPPLEMENTAL  EVIDENCE


        COMES NOW THE PLAINTIFF JAMES E
GRIMES IN THE ABOVE STYLED CAUSE AND
MANNER IN ACCORDANCE WITH COURT RULES
AND PROCEDURES AND ASK THIS HONARABLE
COURT TO AMEND THIS 142 U.S.C. 1983
WITH NEW EVIDENCE

## SUPPLEMENTAL EVIDENCE

PLANTIFF WISHES TO BRING TO THIS HONARABLE COURTS ATTENTION PERTINENT FACTS THAT WOULD FURTHER PLAINTIFFS CAUSE AND MERIT AND CERTAINLY SHOW PRIMA FACIE TO THIS COURT AND MAKE HASTE IN ALLOWING THIS COURT TO ADJUDGE THE DEFENDANTS BY SHOWING YET AGAIN AN ACT OF SUCH CONTEMPT IN THE FACE OF ADVERSITY OF A RESPECTED INSTITUTE SUCH AS THE FLORIDA MIDDLE DISTRICT FEDERAL COURT.
IT IS PAINFULLY OBVIOUS TO PLAINTIFF AS IT WILL BE TO THIS COURT THAT IN LIGHT OF RECENT CHANGES AND EVENTS IN THE PETITIONERS INCARCERATION AND TREATMENT THAT THE DEFENDANTS ARE MAKING SELF PRESERVATION EFFORTS IN AND ONLY BECAUSE THEIR FAILURES TO COMPLY WITH LAWS, ETHICS, STATUTES AND PEFORM ACTS, ADA COMPLIANCES HAVE BEEN BROUGHT TO THE LIGHT "THIS COURT". PLAINTIFF WISHES TO SHOW THE COURT A "RUN AND SCAMPER" EFFORT BY THE SAME DEFENDANTS OR

(1)

OR INSTITUTIONAL PARTIES THEREOF.
FOR ALMOST SIX MONTHS PLAINTIFF WAS
MADE TO SUFFER AT THE HANDS OF THE
DEFENDANTS, MENTALLY, PHYSICALLY, EMOTIONALY,
AND FINANCIALLY, AND IF PLAINTIFF HAD
OF NEVER SOUGHT OUT THIS COURT TO SUCH
ACTIVITY AND CONTEMPTOUS CIRCUMSTANCES
IMPOSED UPON PLAINTIFF, THEN IT IS
OBVIOUS BY DEFENDANTS ACTIONS AND LACK
THEREOF THAT NO CHANGE WOULD HAVE BEEN
FORTHCOMING SINCE PLAINTIFFS FILING
OF THIS 42 USC 1983 TO THIS COURT. DEFENDANTS
HAVE NOW DONE THE FOLLOWING NOT TO BE
MISTAKEN FOR COMING INTO COMPLIANCE
WITH ADA STANDARDS AND ANY AND ALL
LAWS, STATUTES, REFORMS OR SUCH LEGAL
MODELS AND STANDARDS THAT MUST BE USED
AS A GUIDELINE FOR BLIND DETAINEES
AND OR JUST COMMON SENSE AND ETHICAL
AND MORAL STANDARDS IN A HUMAN SOCIETY,
ESPECIALLY BY THOSE PLACED IN POSITIONS
OF TRUST WITHIN A GOVERNMENT BRANCH OF
THIS COUNTRIES JUDICIAL SYSTEM. DEFENDANTS
HAVE NOW PLACED THE PLAINTIFF IN A
MEDICAL WARD WITH AN AIDE FOR

(2)

THE PLAINTIFF. PLAINTIFF HAS BEEN VISITED BY THE CHAPLAIN WHO STATED THAT THEY SENT HIM TO MAKE SURE THAT I DID IN FACT HAVE THE HELP I NEEDED TO USE THE TABLETS, KIOSK, ORDER CANTEEN AND SEND REQUESTS AND ENQUIRIES, AND SOMEONE TO READ TO ME. THE ADA COODINATOR HERE AT THE JAIL HAS NOW BEEN IN CONTACK WITH THE ADA ADMENSTRATOR OF THE SIXTH JUDICAL CIRCUIT COURT ON BEHALF OF THE PLAINTIFF, PROGRAMS SUPERVESOR AND COODINATOR HAVE MET WITH PLAINTIFF TO NOW ASK WHAT THEY CAN DO FOR ME. ALTOUGH ON THE SURFACE LEVEL IF TAKEN AT FACE VALUE IT WOULD APPEAR THAT THE DEFENDANTS ARE TRYING TO COME TO SOME SENSE OF CIVILITY BY PROXY OF OTHERS WHOM WORK THERE OR WITHIN THE LOCAL GOVERNMENT. PLAINTIFF "PROFUSELY" STATES THAT DEFENDANTS ACTIONS NOW SHOULD UNAMBIGIOUSLY AND UNEQUFVOCALLY BROAD CAST TO THIS HONORABLE COURT THAT THEY KNOW THEIR PAST ACTIONS AGAINST PLAINTIFF WERE ILLEGAL, IMMORAL, IMPRACTICAL, UNJUST AND CAUSED UNDUE SEVERE

(3)

EMOTIONAL AND PSYCHOLOGICAL TRAUMA TO PLAINTIFF AS WELL AS CRUEL AND UNUSAL PUNISHMENT AND ALL OF THIS IS UNDENIABLE BY THE FACTS AND FACTUAL BASES ON WHICH PLAINTIFF FIRMLY STANDS TWO FEET AND TEN TOES. PLAINTIFF KNOWS THAT WITHOUT THIS COURTS "FIRM" DIRECTION AND SUPERVISION THAT ALL OF THESE MOST RECENT EFFORTS WILL SOON BE WATER UNDER THE BRIDGE AND MOST LIKELY WILL NEVER BE APPLIED AGAIN FOR THE PERUSAL OF FUTURE BLIND INMATES. THE PLAINTIFF DOES WISH TO ALSO ENLIGHTEN THIS COURT ALSO AS TO THIS MEDICAL TREATMENT AND OR LACK THEREOF AND SITUATIONAL EVENTS BY NAPHCARE MEDICAL SERVICES EMPLOYEES. PLAINTIFF WAS TAUNTED BY NURSE HUNT IN FRONT OF DOZENS OF DETAINEES AND CORRECTIONS OFFICIALS AND ON CAMERA WITH SUCH COMMENTS AS WHEN I LEFT FOUR DAYS AGO YOU COULD SEE JUST FINE, ALSO SCREAMING AT ME IN A MALICIOUS MANNER BY STATING "COME ON NOW LOOK IN MY EYES" I DON'T BELIEVE THAT TO BE ACCEPTABLE NURSING PRACTICE AND WAS ALSO KNOWN BY INMATES AND

(4)

STAFF ALIKE TO PLAINLY STATE ALOUD WHEN SHE SAW ME IN HER MEDICATION LINE, THAT "SHE WAS IN NO MOOD TO PUT UP WITH MY SHIT. NURSE BRODY ON JUNE 21, 2026 PLAINLY DIVULGED INFORMATION THAT WAS IN PLAINTIFFS PATIENT RECORDS FROM HIS OPTHOMOLOGISTS AT BEATIFIC VISION 15123 OGDON LOOP ODESSA, FLA. NURSE BRODY BORDERED IF NOT FULL FLEDGED VIOLITION OF HIPPA LAWS BY DIVULGING DOCTOR PATIENT AND NAPHCARE COMMUNICATIONS TO OTHER DETAINEES, CORRECTIONS STAFF AND 01 CAMERA. PLAINTIFF WISHES TO POINT OUT THESE FACTS BECAUSE ALLTHOUGH HE WAS IN FACT SENT TO TWO OPTHOMOLOGISTS NAPHCARE HAS NOT COMPLIED WITH DR. NICHOLAS BOTTORO AT BEATIFIC VISIONS PRESCRIPTION FOR THE CORRECT EYE DROPS FOR PLAINTIFF SIMPLY BECAUSE NAPHCARE MEDICAL STAFF AND PERSONELL ARE UPSET WITH MY TYPE OF INFLAMATORY STATEMENT TOWARD THEM FOR THE

(5)

NAPHCARE AND CORRECTIONS OFFICERS TREATMENT OF PLAINTIFF/PATIENT. NAPHCARE MEDICAL STAFF HAVE CAUSED UNDUE HARM ON THE AFFORMENTIONED. ON JUNE 22, 2026 NAPHCARE MEDICAL SERVICE PROVIDER TRIED IN AN EFFORT THAT WAS THWARTED BY A VIGILANT CORRECTIONS OFFICERS NOTATIONS NOW IN EFFECT PLACED BY CHIEF TO "NOT MOVE PLAINTIFF FROM HIS CURRENT HOUSING ASSIGNMENT IN MEDICAL DORM. THAT NAPHCARE USE AS A DUMPING GROUND. IT DOES NOT HAVE MEDICAL PERSONELL STAFFING AT ALL TIMES AND IS IN FACT IS ONE AND THE SAME HOUSING UNIT THAT THE PLAINTIFF AFFOREMENTIONED IN THE STATEMENT OF FACTS AND CLAIMS IN THE 42 USC 1983 THAT PLAINTIFF FILED. IT SHOULD NOW BE OBVIOUS TO THE COURTS THAT THE NAPHCARE DEFENDANTS KNOW THAT THE PLAINTIFF CAN NOT SEE TO READ OR WRITE AND

(6)

NOT BE ABLE TO ADDRESS THE COURTS AND WOULD INEVITABLY NULLIFY PLAINTIFFS CLAIM AND THUS EXONERATE THE DEFENDANTS FROM RESPONSIBILITY AND WRONGDOINGS. PLAINTIFF WOULD ALSO LIKE TO LET THE COURTS KNOW THAT HE WAS VISITED BY TWO LADIES FROM THE JAILS MENTAL HEALTH DEDARTMENT MS. VAUGHN AND MRS. KERRI BOTH OF WHOM WERE APPALLED BY DEFENDANTS ACTIONS AND HAS LACK THEREOF. PLAINTIFF WOULD ASK THIS HONARABLE COURT PLEASE INCLUDE MRS. VAUGHN AND MRS. KERRI TO PLAINTRFFS WITNESS LIST AND ALSO COMPEL THEIR REPORTS CONTAINING PLAINTIFFS ENTIRE STATUS, BOTH OF WHOM AGREED THAT PLAINTIFF WAS UNJUSTLY WRONGED

(7)

CERTIFICATE OF SERVICE

COMES NOW THE PLAINTIFF AND SWEARS UNDER PENALTY OF PERJURY THAT A TRUE AND CORRECT COPY OF THE MOTION WAS DELIVERED BY US MAIL OR AN AGENT THEREOF TO THE FOLLOWING PARTIES ON THIS DATE JUNE 25, 2026

CC   BOARD OF COMMISHONERS DASCO COUNTY
     FLORIDA   37918 MERIDIAN AVE
                DADE CITY, FLORIDA 33525

CC   CHIEF JENKINS JAIL ADMINSTRATOR
     ET. AL. PASCO COUNTY CORRECTIONS
     20101 CENTRAL BLVD
     LAND O LAKES FLORIDA 34637

CC   NAPHCARE MEDICAL PROVIDER SVCS
     PASCO COUNTY JAIL   20101 CENTRAL BLVD
                         LAND O LAKES FLORIDA
                                        34637

ORIGINAL   US FEDERAL COURT MIDDLE DISTRICT  CD
           801 N FLORIDA AVE
           TAMPA, FL   33523

(8)