U.S. FEDERAL COURT
MIDDE DISTRICT OF
FLORIDA CIVIL DIVISION

JAMES E GRIMES
            PLAINTIFF

CASE# 8:26 CV-01499
        WFJ-AEP

-V-

PASCO COUNTY FLORIDA BOARD
OF COMMISHONERS
PASCO COUNTY CORRECTIONS
CHIEF JENKINS ET. AL.
NAPHCARE MEDICAL SERVICES
I.C. SOLUTIONS PHONES, TABLET,
TECHNOLOGIES PROVIDER

MOTION TO ALLOW
WITNESS AND/OR ORAL
WITNESS TESTIMONY IN
FURTHERING OF INITIATING
ORIGIN OF CASE

COMES NOW THE PLAINTIFF
JAMES E GRIMES WHERE UPON
HE PRAYS THAT THIS HONORABLE
COURT ENTERTAIN THE AFORE
MENTIONED MOTION AND ENTER
IT INTO THE COURT RECORD

(1)

UNDER PLAINTIFF'S CASE NUMBER AS A PART OF HIS STATEMENT OF FACTS AND CLAIMS THIS COURT RETAINS SUCH SAID JURISDICTION TO DO SO. AMENDABLE STATEMENT OF FACTS AND CLAIM TO FURTHER PLAINTIFFS POSITION AND TO SHOW THE LISTED DEFENDANTS PROPENSITY TOWARD AN UNETHICAL IMMORAL AND ILLEGAL ABUSE OF VESTED COUNTY GOVERNMENTAL POWERS AND A DEEP SEATED CORRUPTION THAT THE PLAINTIFF WISHES THAT THIS HONORABLE COURT TO RECOGNIZE AND SPEARHEAD AN INVESTIGATION INTO IT. PLAINTIFF WISHES TO REMIND THIS HONORABLE COURT THAT PLAINTIFF IS IN FACT BLIND AND IS NOT ADDED IN ANY CAPACITY BY THE COUNTY JAILS ADMINISTRATOR/COORDINATOR. PLAINTIFF HAS NOT BEEN EDUCATED IN LEGAL FILINGS OR LANGUAGE OF THE LAW

(2)

PLAINTIFF ASKS THAT THIS HONORABLE COURT CONTINUES TO TREAT HIM WITH LIENENCY AND TOLERANCE. PLAINTIFF DOES NOT HAVE LEGAL REPRESENTATION AND IS NOT AFFORDE ANY RESEARCH CAPABILITIES, CANNOT SEE TO READ OR WRITE AND PRAYS THAT THIS COURT WILL BE HIS EYES AND THE CHAMPIONS OF JUSTICE NOT ONLY FOR THIS PLAINTIFF BUT FOR THE DISABLED ONES WHO COME AFTER THIS ACTION, PLAINTIFF HAS ALREADY INFORMED THIS COURT IN EARLIER PETITIONS AND FILINGS THAT DEFENDANTS HAVE MOVED PLAINTIFF TO A MEDICAL WING. THIS IS WHERE PLAINTIFF HAS LEARNED FROM EYE WITNESSES ACCOUNTS AS TO THE DEFENDANTS "NADICARES" PROPENSITY TO DO THE WRONG THING AND YET "FRAUDULENTY" CHARGE THE LOCAL GOVERNMENT AND STATE

(3)

FOR THEIR FRAUDULENT SERVICES.
PLAINTIFF HAS ALREADY EXPONDED
UPON THE MEDICAL LOCKDOWN
CELLS IN THE MEDICAL WING. THE
POPULATION CONSISTS OF SLIP AND
FALL PATIENTS, PATIENTS WHO HAVE
COLONSTOMY BAGS AND THOSE WHO ARE
INFIRM. THERE IS A CORRECTIONS
OFFICER ON SHIFT TO WATCH
DETAINEES / PATIENTS IN THE WARD.
THERE ARE TWO INMATE TRUSTEES
IN THE WARD. THESE TRUSTEES
BY THREAT OF CONFINEMENT AND
LOSS OF GAINTIME ARE FORCED
TO THE POSISITION OF CARE GIVER,
TRUSTEES DO NOT HAVE PERSONAL
PROTECTION EQUIPMENT TO DEAL
WITH BIO-HAZARD CLEAN UP, BLOOD,
FECES URINE AND OTHER BODY
FLUIDS. NOR HAVE THEY HAD
ANY PATHOGEN TRAINING COURSES
TO DEAL WITH SUCH POTENTILLY
HAZARDOUS SITUATIONS. EVERYONE

(4)

IN THIS UNIT IS EXPOSED TO THIS DAILY. NAPHCARE MEDICAL PERSONELL ARE RESPONSIBLE FOR EMPTYING PATIENTS COLOSTOMY BAGS BUT THEY DONT DO IT. NOR DO THEY RENDER AID TO THOSE WHO HAVE FALLEN AND CORRECTIONS OFFICERS ALONG WITH THE WING TRUSTEES ARE "ALL UNTRAINED" IN THE MEDICAL FIELD ARE LEFT WITH THE TASK OF POTENTIALLY FURTHERING OR CAUSING INJURY TO THE PATIENT OR THEMSELVES. PLAINTIFF WISHES TO POINT THIS OUT AS FACTUAL BASIS SO THAT IN PARTIAL RELIEF SOUGHT BY PLAINTIFF THAT NAPHCARES FINANCIAL RECORD FOR BILLING FOR SERVICES RENDERED CAN BE AND SHOULD BE EXAMINED FOR FRADULENT BILLING CLAIMS. THIS IN LIGHT OF THE FRAUSTERS ACT IN THIS COUNTY. WE DO NOT HAVE A REQUIRED HEPA FILTRATION UNIT TO DEAL WITH AIRBORNE PATHOGENS AND

(5)

EVERYONE IN THIS WING AND ANYWHERE MEDICAL INMATES ARE HOUSED SHOULD BE CONSIDERED IN IMMINENT HEALTH DANGERS AS WELL AS THE CORRECTIONS OFFICERS WHO ARE ASSIGNED TO THIS AND OTHER MEDICAL UNITS. NAPHCARE IS PLAIN IN IT'S PATIENT NEGLIGENCE AND OBVIOUS NO-CARE AND COMPLETE INDIFFERENCE ATTITUDE TOWARD OSHA STANDARDS IN WHAT SHOULD ALWAYS BE IN THE FOREFRONT OF MEDICAL SERVICES. AS A BLIND INMATE KNOWING THAT UNTRAINED INMATES AND THE LACK OF BIO HAZZARD CLEANING AGENTS HAS SURELY PLACED PLAINTIFF INTO THE REALM OF CRUEL AND UNUSUAL PUNISHMENT. NAPHCARE HAS PLACED ALL OF THOSE IN CHARGE OF SICK, DISABLED, LAME AND INFIRM DETAINEES IN HAZZARDOUS HEALTH CONDITIONS. NOONE HAS YET TO PLAINTIFFS

(6)

KNOWLEDGE EXPLORED THE POSSIBILITIES THAT EVERYONE THAT NAPHCARE HAS EXPOSED BY PROXY OF OTHER DETAINEES BODILY FLUIDS COULD EXPOTENTALLY BE HEALTH WALKING TIME BOMBS. PASCO CORRECTIONS CHIEF JENKINS ET. AL. AND THE BOARD OF COUNTY COMMISSIONERS ARE THE ONES WHOM ARE ULTIMATLEY IN CHARGE OF PLAINTIFFS CARE CUSTODY AN CONTROL AND SHOULD BE JUST AS CONCERNED FOR ITS OWN EMPLOYEES WELL-BEING. IN CONCLUSION PLAINTIFF WOULD ASK THIS HONORABLE COURTS DIRECTION INTO CONSTRUING PLAINTIFFS MOTION 42 U.S.C. 1983 TO HAVE APPLICABLE CLAIMS THAT LITIGANTS MAY SIGN ON AS A CLASS ACTION. PLAINTIFF HAS STAFF MEMBERS AND DETAINEES THAT WISH TO COME FOWARD AS WITNESSES AND MOVANT'S, BUT WISH TO REMAIN ANONYMOYS FOR FEAR OF REPRESAL

(7)

## SUMMARY OF CLAIM AND STATEMENT OF FACTS

PLAINTIFF WISHES TO POINT OUT THAT ALTHOUGH THERE ARE A PLETHORA OF DEFENDANTS AND BE THAT AS IT MAY THERE MUST BE IN A COUNTY JAIL FACILITY STRUCTURED ORGANISATION FOR THE OVERALL HEALTH AND SAFETY FOR THE STAFF AND INMATES, ALIKE TO BE ENSURED OF MENTAL AND PSYCHAL WELL-BEING. THAT STRUCTURED SYSTEM IS DEFUNCT AND IN CHAOS IN PASCO COUNTY JAIL. PLAINTIFF / INFIRMARY PATIENTS HAVE WITNESSED FIRST HAND AS TO WHERE NAPHCARE MEDICAL AND CHIEF JENKINS AND THE BOARD OF COMMISSIONERS HAVE LEFT THE CARE SAFETY AND WELL-BEING TO THE CHARGE OF INMATE TRUSTEES AND CORRECTIONS OFFICERS. THERE ARE POST SURGERY, INJURED, ONCOLOGY AND OPEN WOUND PATIENTS. ALL ARE DETAINEES THAT HAVE BEEN LEFT TO RELY ON OTHER INMATES AND AFOREMENTIONED TRUSTEES AND OFFICERS TO HELP

(1)

PICKING UP FALLEN INMATE/PATIENTS CLEAN UP PATIENTS WITH COLONOSCOPY BAGS FECES AND BLOOD. THE OFFICERS AND INMATES/TRUSTEES DO NOT HAVE ANY TRAINING IN PATHOGEN CLEAN UP. THEY HAVE NO PERSONAL PROTECTION GEAR OR EQUIPMENT, NO MEDICAL DETERGENTS HEPA FILTERS OR ANY SANATIZING EQUIPMENT OR CHEMICALS TO ENSURE THE SAFETY OF PATIENTS AND IMMUNED COMPROMISED PATIENTS, AND THE WELL-BEING OF ALL MEDICAL PATIENTS AND OFFICERS IN MEDICAL DORM. NAPHCARE IS RESPONSIBLE FOR THIS. THEY LEAVE PATIENTS TO LIE IN URINE AND FECES FOR HOURS UNTIL OFFICERS/INMATE TRUSTEES CLEAN IT AND THEM UP. VIDEO IN DORM CAN AND WILL SHOW THIS. NEITHER OFFICERS OR INMATES, TRUSTEES ARE TRAINED IN SUCH SERVICES AND IM SURE, BECAUSE OF THIS PRACTICE NAPHCARE IS FRAUDULENTY BILLING. PLAINTIFF NOW HAS APPROX. 50 POTENTIAL LITIGANTS/WITNESSES TO INCLUDE OFFICERS, NURSES AND DETAINEES

(2)

THESE WITNESSES/LITIGANTS WISH TO REMAIN JOHN AND JANE DOE AT THIS TIME DUE TO FEAR OF REPRISALS OR RETALIATION. PLAINTIFF AND WITNESSES ASK THAT THIS HONORABLE COURT DECREE AND ORDER FOR U.S. MARSHALLS TO ENTER THIS FACILITY, DEMAND VIDEO, STATEMENTS AND RECORDS OF DEFENDANTS COMPLETE AND FRADULENT MEDICAL TREATMENT AND THE POTENTIAL THREAT OR HUMAN LIFE AND WELL-BEING AND OBVIOUS HEALTH VIOLATIONS

RESPECTFULLY SUBMITTED

(3)

THIS PLAINTIFF CONTENDS THAT IF THIS COURT WOULD COMPELL THE DEFENDANTS TO POST IN ALL HOUSING UNITS A NOTICE OF CLASS ACTION AND ITS CLAIMS SO THAT OTHERS AFFECTED BY THIS FILED CLAIM MAY BE HEARD.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY HEREOF HAS BEEN FURNISHED BY MAIL/HAND DELIVERY/PERSONAL SERVICE TO THE PERSONS LISTED BELOW THIS DATE OF JUNE, 30    , 2026

BOARD OF COUNTY COMMISSIONERS PASCO
37908 MERIDIAN AVE
DADE CITY FL 33525

CHIEF JENKINS JAIL ADMINSTRATOR
ET. AL. PASCO COUNTY CORRECTIONS
20101 CENTRAL BLVD 34637
LAND O LAKES FL · 34637
CONTINUED

(8)

NAPHCARE MEDICAL PROVIDER SVCS
PASCO COUNTY JAIL
20101 CENTRAL BLVD
LAND O LAKES, FL 34637

US FEDERAL COURT MIDDLE
DISTRICT CIVIL DIVISION
801 N FLORIDA AVE
TAMPA, FLORIDA 33602

JAMES E GRIMES
20101 CENTRAL BLVD
LAND O LAKES FL 34637